# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEE REED,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, WARDEN,<br><br>    Respondent. | Case No.: 2:21-cv-00942-APG-EJY<br><br>**Order Granting Unopposed Motion for Enlargement of Time**<br><br>[ECF No. 7] |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 7), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 7) is **GRANTED**. Respondents will have up to and including October 4, 2021, to file a response to the petition for a writ of habeas corpus (ECF No. 1).

DATED: August 11, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE