**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEE REED,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, WARDEN,<br><br>    Respondent. | Case No.: 2:21-cv-00942-APG-EJY<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 19] |

Petitioner having filed a motion for extension of time (first request) (ECF No. 19), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion for extension of time (first request) (ECF No. 19) is **GRANTED**. Petitioner will have up to and including November 17, 2021, to file a response to the motion to dismiss (ECF No. 9).

DATED: October 25, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE