AARON D. FORD
  Attorney General
MARIANA KIHUEN (Bar. No. 12241)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3792 (phone)
(702) 486-2377 (fax)
MKihuen@ag.nv.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEE REED,<br><br>            Petitioner,<br><br>vs.<br><br>CALVIN JOHNSON, *et al*.,<br><br>            Respondents. | Case No.: 2:21-cv-00942-APG-EJY<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO REMAINING CLAIMS IN PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 1)**<br><br>**(SECOND REQUEST)** |

      Respondents move this Court for an enlargement of time of 45 days from the current due date of November 7, 2022, up to and including December 22, 2022, in which to file their answer to the remaining claims in Lee Reed's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1). This motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the second enlargement of time sought by Respondents for the answer and the request is brought in good faith and not for the purpose of delay.

      DATED: November 7, 2022.

                                AARON D. FORD
                                Attorney General

                                By: */s/ Mariana Kihuen*
                                        Mariana Kihuen (Bar. No. 12241)
                                        Deputy Attorney General

**DECLARATION OF MARIANA KIHUEN**

I, MARIANA KIHUEN, being first duly sworn under oath, deposes and states as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *Lee Reed v. Calvin Johnson, et al.*, Case No. 2:21-cv-00942-APG-EJY, and as such, have personal knowledge of the matters contained herein.

2. This Motion is made in good faith and not for the purpose of delay.

3. The deadline to answer to the remaining claims in Mr. Reed's petition is November 7, 2022.

4. I have been unable with due diligence to timely complete the answer herein.

5. I have been working diligently on this case and other Federal and State habeas petitions, including *Francisco Alvarez v. William Hutchings, et. al.,* (Case No. 2:20-cv-01894-KJD-VCF), *Ricardo Jose Lopez v. Timothy Filson, et. al* (Case No. 3:11-cv-00635-MMD-CLB), *Bryan Phillip Bonham v. Barbara K. Cegavske* (Case No. 85267), *Jesse Noble v. State of Nevada* (Case No. 83024), *Petition for Interstate Rendition of a Material Witness (Avondre Kelly)* (Case No. C -22-368622-P), etc.

7. On November 4, 2022, I communicated with counsel for Mr. Reed via email regarding this extension. Mr. Christopher R. Oram does not object to this request.

8. For the foregoing reasons, I respectfully request an enlargement of time of 45 days, up to and including December 22, 2022, in which to answer to the remaining claims in Mr. Reed's petition.

Executed on November 7, 2022.

                                                  */s/ Mariana Kihuen*
                                                  Mariana Kihuen (Bar No. 12241)

IT IS SO ORDERED:

DATED: November 7, 2022

_____
UNITED STATES DISTRICT JUDGE