UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEE REED,<br><br>    Petitioner,<br><br>v.<br><br>TIM GARRETT, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-00942-APG-EJY<br><br>**Order Granting<br>Motion for Extension of Time**<br><br>[ECF No. 42] |

  In this habeas corpus action, the respondents filed their answer on March 6, 2023. After an initial 60-day period (*see* ECF No. 30), the petitioner, Lee Reed, represented by counsel, was due to file a reply to the answer by May 5, 2023.

  On May 3, 2023, Reed filed a motion for extension of time (ECF No. 42), requesting an extension of time to June 16, 2023—a 42-day extension. Reed's counsel states that he has been working diligently on this case but has been unable to complete the reply in the time allowed by the scheduling order.

  I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

  I THEREFORE ORDER that Petitioner's Motion for Enlargement of Time **(ECF No. 42) is GRANTED**. Petitioner will have until and including **June 16, 2023**, to file his reply to Respondents' answer.

///

///

///

I FURTHER ORDER that, pursuant to Federal Rule of Civil Procedure 25(d), Tim Garrett is substituted for Calvin Johnson as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

Dated: May 4, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE